IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SINGLESOURCE ROOFING CORP.                                    PLAINTIFF

vs.            Civil Case No. 5:05CV00011 HLJ

SAM JACOBSEN                                                  DEFENDANT

## ORDER

Pursuant to Plaintiff's Motion to Dismiss stating the matter has been settled, this case is hereby dismissed.

SO ORDERED this 7th day of December, 2005.


*Henry L. Jones, Jr.*
United States Magistrate Judge